435 A.2d 1331

Commonwealth v. Grant, Appellant.

Petition for Allowance of Appeal Denied Jan. 29, 1982.

Argued November 12, 1980. George E. James, for appellant; John L. Brown, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

435 A.2d 1332

Commonwealth v. Jarrott, Appellant.

Argued May 26, 1981. Barry F. Greenberg, for appellant; Dennis P. Cohen, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

Judgment of sentence affirmed.